**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



In Re:  Ray Rosa

**Debtor(s)**

Case No.: 14–32212

Chapter:  13

**ENTERED**
**11/06/2014**

*ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. William E. Heitkamp is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 11/6/14

LETITIA Z. PAUL
United States Bankruptcy Judge